IN THE CIRCUIT COURT OF THE
TWENTIETH JUDICIAL CIRCUIT IN AND
FOR LEE COUNTY, FLORIDA

TARA RHODES,

    Plaintiff,

vs.     CASE NUMBER: 17-CA-_____

SAFECO INSURANCE COMPANY OF
ILLINOIS,

    Defendant.

_____/

2:17-cv-379-FtM-38CM

## COMPLAINT AND DEMAND FOR JURY TRIAL

COMES NOW the Plaintiff, TARA RHODES, by and through her undersigned attorneys, and sues the Defendant, SAFECO INSURANCE COMPANY OF ILLINOIS, and alleges as follows:

1. This is an action for underinsured motorist benefits that exceed $15,000.00.

2. Defendant, SAFECO INSURANCE COMPANY OF ILLINOIS, is now, and at all times herein mentioned was a corporation duly organized and existing under the laws of the State of Illinois and duly licensed to write and issue insurance policies in the State of Florida, with agents located in Lee County, Florida.

3. On or prior to May 24, 2015, Defendant, SAFECO INSURANCE COMPANY OF ILLINOIS, issued and delivered to Robert Rhodes an automobile liability insurance policy which included in its provisions underinsured motorist benefits of $100,000.00 per person/$100,000.00 per accident under policy number F2422751, which policy insures a 2014 Nissan Murano, 2012 Kia Soul and 2010 Lexus RX350. A copy of the declaration sheet is attached hereto and made a part hereof as an Exhibit A.

4. On or about May 24, 2015, while said policy of insurance was in full force and effect, Plaintiff, TARA RHODES, was injured while operating the insured motor vehicle when

said vehicle was struck by a vehicle owned by Catalina Mendoza-Fragoso and operated by Lisnet Mendoza.

5. At the time of the incident described herein, the motor vehicle owned by Catalina Mendoza-Fragoso, was underinsured under a policy of automobile liability insurance with Progressive Insurance Company, with the insured being Catalina Mendoza-Fragoso. Progressive Insurance Company provided certification of policy limits in the amount of $10,000.00 per person/$20,000.00 per accident.

6. The value of the Plaintiff's damages are in excess of the aforesaid Defendant's policy limits. Plaintiff is entitled to be paid the value of the damages up to the limits of coverage under the underinsured motorist portion of said policy of insurance with Defendant, SAFECO INSURANCE COMPANY OF ILLINOIS.

7. Progressive Insurance Company has tendered the $10,000.00 policy limits. Defendant, SAFECO INSURANCE COMPANY OF ILLINOIS, has granted permission to settle with Liberty Mutual Insurance Company and waived their subrogation rights.

8. As a result of the collision, Plaintiff, TARA RHODES, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money and aggravation of a previously existing condition. The losses are either permanent or continuing in nature and Plaintiff will suffer such losses in the future.

WHEREFORE, Plaintiff, TARA RHODES, sues the Defendant, SAFECO INSURANCE COMPANY OF ILLINOIS, a corporation, under the underinsured motorist provisions of said policy for damages in a sum in excess of $15,000.00, exclusive of interest and costs.

Dated this __9__ day of March, 2017.

PARVEY & FRANKEL ATTORNEYS, P.A.
Attorneys for Plaintiff
2069 First Street, Suite 100
Fort Myers, FL 33901-9327
Telephone: (239) 334-0300
Facsimile: (239) 334-0992

BY: Allan M. Parvey
FLORIDA BAR No.: 148491
Primary E-mail: Service@parveyfrankel.com
Secondary E-mail: Allan@parveyfrankel.com

 Insurance.
A Liberty Mutual Company

**POLICY NUMBER:** F2422751

## SAFECO INSURANCE COMPANY OF ILLINOIS
## AUTOMOBILE POLICY DECLARATIONS

**NAMED INSURED:**
ROBERT RHODES
GERALDINE RHODES
5506 SW 14TH AVE
CAPE CORAL FL 33914-8007

**POLICY CHANGE**
 CHANGED EFFECTIVE: FEB. 27 2015
 POLICY PERIOD FROM: NOV. 4 2014
  TO: NOV. 4 2015
at 12:01 A.M. standard time at
the address of the insured as
stated herein.

**AGENT:**
INSURANCENTER OF FT MYERS
16591 S TAMIAMI TRL
FORT MYERS FL 33908-4514

**AGENT TELEPHONE:**
(239) 489-2838

---

| RATED DRIVERS | ROBERT RHODES, GERALDINE RHODES, TARA RHODES | |
|---|---|---|
| 2012 KIA | SOUL +/!/SPORT 4 DOOR | ID# KNDJT2A69C7447142 |
| 2010 LEXUS | RX 350 4 DOOR | ID# 2T2ZK1BA8AC004278 |
| LOSS PAYEE | LEXIS FINANCIAL SERVICES | |

Insurance is afforded only for the coverages for which limits of liability or premium charges are indicated.

| COVERAGES | 2012 KIA LIMITS | PREMIUMS | 2010 LEXUS LIMITS | PREMIUMS |
|---|---|---|---|---|
| **LIABILITY:** | | | | |
| BODILY INJURY | $100,000 Each Person $300,000 Each Occurrence | $ 226.30 | $100,000 Each Person $300,000 Each Occurrence | $ 170.30 |
| PROPERTY DAMAGE | $100,000 Each Occurrence | 92.60 | $100,000 Each Occurrence | 80.00 |
| MEDICAL PAYMENTS | $5,000 | 41.90 | $5,000 | 31.70 |
| PIP WORK LOSS EXCL. -NAMED INSUREDS | | 128.20 | | 105.00 |
| UNINSURED MOTORISTS (NON-STACKED LIMITS): BODILY INJURY | $100,000 Each Person $100,000 Each Accident | 113.00 | $100,000 Each Person $100,000 Each Accident | 97.30 |
| COMPREHENSIVE | Actual Cash Value Less $500 Deductible | 80.00 | Actual Cash Value Less $500 Deductible | 76.70 |
| COLLISION | Actual Cash Value Less $500 Deductible | 196.10 | Actual Cash Value Less $500 Deductible | 164.20 |
| **ADDITIONAL COVERAGES:** | | | | |
| LOSS OF USE | | | $35 Per Day/$1050 Max | 7.80 |
| FLORIDA HURRICANE CATASTROPHE FUND | | 11.50 | | 9.60 |
| ROADSIDE ASSIST | | 6.30 | | 5.40 |
| | **TOTAL** | **$ 895.90** | **TOTAL** | **$ 748.00** |

-CONTINUED-
P O BOX 515097, LOS ANGELES, CA 90051

SA-1697/EP 8/90  Page 1 of 3  DATE PREPARED: FEB. 28 2015


**Safeco Insurance**
A Liberty Mutual Company

**POLICY NUMBER: F2422751**

## SAFECO INSURANCE COMPANY OF ILLINOIS
## AUTOMOBILE POLICY DECLARATIONS
### (CONTINUED)

**NAMED INSURED:**
ROBERT RHODES
GERALDINE RHODES
5506 SW 14TH AVE
CAPE CORAL FL  33914-8007

**POLICY CHANGE**
CHANGED EFFECTIVE:  FEB. 27 2015
POLICY PERIOD FROM:  NOV. 4 2014
                TO:  NOV. 4 2015
at 12:01 A.M. standard time at the address of the insured as stated herein.

**AGENT:**
INSURANCENTER OF FT MYERS
16591 S TAMIAMI TRL
FORT MYERS       FL   33908-4514

**AGENT TELEPHONE:**
(239) 489-2838

---

**RATED DRIVERS**   ROBERT RHODES, GERALDINE RHODES, TARA RHODES

**2014 NISSAN    MURANO CROSSCABRIO 2 DOOR CONVERTIBLE    ID# JN8AZ1FY3EH302730**

Insurance is afforded only for the coverages for which limits of liability or premium charges are indicated.

| COVERAGES | 2014 NISS LIMITS | PREMIUMS |
|---|---|---|
| **LIABILITY:** | | |
| BODILY INJURY | $100,000 Each Person / $300,000 Each Occurrence | $ 198.90 |
| PROPERTY DAMAGE | $100,000 Each Occurrence | 81.30 |
| **MEDICAL PAYMENTS** | $5,000 | 36.30 |
| **PERSONAL INJURY PROTECTION** WORK LOSS EXCLUDED -NAMED INSUREDS | | 114.00 |
| **UNINSURED MOTORISTS (NON-STACKED LIMITS):** | | |
| BODILY INJURY | $100,000 Each Person / $100,000 Each Accident | 97.30 |
| **COMPREHENSIVE** | Actual Cash Value Less $500 Deductible | 85.10 |
| **COLLISION** | Actual Cash Value Less $500 Deductible | 196.10 |
| **ADDITIONAL COVERAGES:** | | |
| LOSS OF USE | $35 Per Day/$1050 Max | 10.30 |
| FLORIDA HURRICANE CATASTROPHE FUND | | 10.70 |
| ROADSIDE ASSISTANCE PACKAGE | | 3.80 |
| | TOTAL $ | 833.80 |

TOTAL EACH VEHICLE:   2012 KIA    $  895.90
                      2010 LEXS      748.00
                      2014 NISS      833.80

**PREMIUM SUMMARY**
VEHICLE COVERAGES
DISCOUNTS & SAFECO SAFETY REWARDS       You saved $1,006.10

**PREMIUM**
$ 2,477.70
Included

-CONTINUED-
P O BOX 515097, LOS ANGELES, CA 90051

SA-1697/EP 8/90                    Page 2 of 3                    DATE PREPARED:  FEB. 28 2015

 Insurance.
A Liberty Mutual Company

POLICY NUMBER: F2422751

## SAFECO INSURANCE COMPANY OF ILLINOIS
## AUTOMOBILE POLICY DECLARATIONS
### (CONTINUED)

**TOTAL 12 MONTH PREMIUM FOR ALL VEHICLES ................................. $ 2,477.70**

YOU SAVED $1,006.10 BY QUALIFYING FOR THE FOLLOWING DISCOUNTS:
    Anti-Lock Brakes
    Anti-Theft
    Accident Free
    Violation Free
    Coverage
    Homeowners
    Multi-Car
    Billing Plan
    Both Side Air Bag
    Low Mileage

SA-1698/EP 9/90                    Page 3 of 3